UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHELE DALY,

                                         *Plaintiff*,        **NOTICE OF MOTION**

-against-                       18-CV-0845

NEW YORK STATE POLICE, MAJOR PHILIP T.        (TJM/TWD)
RAUGEUX, COMMANDER MARK L. LINCOLN, ET AL

                                         *Defendants*.

---

      PLEASE TAKE NOTICE that upon the annexed affidavit of Christopher Liberati-Conant; the Complaint; the accompanying memorandum of law; and upon all prior proceedings, Defendants Philip T. Rougeux, Mark L. Lincoln, Andrew Campbell, Shane W. Woods, and the New York State Police, on November 23, 2018, at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Broome County, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint, together with such other or further relief as may be just.

Dated: Albany, New York
       October 22, 2018

                                        BARBARA D. UNDERWOOD
                                        Attorney General of the State of New York
                                        Attorney for Defendants, Andrew Campbell, Philip
                                              T. Rougeux, Mark. L. Lincoln, Shane W.
                                              Woods and the New York State Police
                                        The Capitol
                                        Albany, New York  12224

                                        By: *s/ Christopher Liberati-Conant*
                                        Christopher Liberati-Conant
                                        Assistant Attorney General, of Counsel
                                        Bar Roll No. 700466
                                        Telephone: (518) 776-2584
                                        Email: christopher.liberati-conant@ag.ny.gov

To:    Tina M. Wayland-Smith, Esq.
         Paul V. Mullin, Esq.